UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SIMON LOZA MEJIA,<br><br>　　　　　Defendant. | No. CR-10-2050-FVS<br><br>ORDER OF DISMISSAL |

**THIS MATTER** came before the Court on November 18, 2011. Defendant was present and represented by Michael W. Lynch. The government was represented by James Goeke.

**IT IS HEREBY ORDERED:**

1. The defendant's Motion to Withdraw Plea of Guilty (**ECF No. 119) is GRANTED**.

2. The government's oral motion to dismiss indictment is **GRANTED**.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order and furnish copies to counsel and close this file.

**DATED** this ___18th___ day of November, 2011.

　　　　　　　　　　　　　　　s/ Fred Van Sickle
　　　　　　　　　　　　　　　　Fred Van Sickle
　　　　　　　　　　　Senior United States District Judge

ORDER OF DISMISSAL- 1